STATE of Missouri, Respondent,

v.

Tony FITZPATRICK, Appellant.

Tony FITZPATRICK, Appellant.

v.

STATE of Missouri, Respondent.

No. 65635.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 7, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 17, 1996.

Application to Transfer Denied
Aug. 20, 1996.

John M. Schilmoeller, Asst. Public Defender, St. Louis, for Appellant.

---

62

Jeremiah W. (Jay) Nixon, Atty., Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for Respondent.

Before AHRENS, P.J., SIMON and PUDLOWSKI, JJ.

### ORDER

PER CURIAM.

Tony Fitzpatrick, following a jury verdict, appeals from his sentences for incest, § 568.020 RSMo.1994, forcible sodomy, § 566.060, and endangering the welfare of a child, § 568.045, in the Circuit Court of the City of St. Louis. This appeal is also consolidated with an appeal from the denial of appellant's motion to vacate judgment and sentence under Rule 29.15. The judgment of conviction is affirmed. Rule 30.25(b). The denial of post-conviction relief is affirmed. Rule 84.16(b).